IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBERT ROOP, et al., ) | CASE NO. 4:10 CV 2769 |
| ) | |
| Plaintiff, ) | JUDGE DAVID D. DOWD, JR. |
| ) | |
| v. ) | |
| ) | JUDGMENT ENTRY |
| WALMART CORPORATION, ) | |
| ) | |
| Defendant. ) | |

Pursuant to this Court's Memorandum of Opinion and Order filed contemporaneously with this Order of Dismissal,

It is ordered that this action is dismissed pursuant to 28 U.S.C. § 1915(e).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

Date: February 22, 2011        s/David D. Dowd, Jr.
                               DAVID D. DOWD, JR.
                               UNITED STATES DISTRICT JUDGE